JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. NEAL, | Case No. EDCV 19-126-JAK (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| DEAN BORDERS, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: September 5, 2019

_____
JOHN A. KRONSTADT
United States District Judge